# United States Bankruptcy Court
## District of Maryland

In re  **Sheila J Hoppa**                                                Case No.  **10-20259**

Debtor(s)                                                Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 17, 2010**, a copy of **Amended Voluntary Petition** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**creditor matrix**

**/s/ Jeffrey M. Sirody**
**Jeffrey M. Sirody**
**Sirody Freiman & Feldman**
**1777 Reisterstown Road**
**Suite 360 E**
**Baltimore, MD 21208**
**410-415-0445Fax:410-415-0744**
**afreiman@sfflegal.com**

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA 19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)America's Servicing Company        End of Label Matrix
P.O. Box 10388                        Mailable recipients    27
IA 50366                              Bypassed recipients     1
                                      Total                  28
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 10-20259<br>District of Maryland<br>Baltimore<br>Thu Jun 17 09:23:42 EDT 2010 | GE Money Bank<br>c/o Recovery Management Systems Corp<br>Attn:  Ramesh Singh<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Citi<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| CitiFinancial, Inc<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 | Cohn, Goldberg & Deutsch, LLC<br>600 Baltimore Avenue, Suite 208<br>Attn: Richard Rodgers, Esq.<br>Towson, MD 21204-4084 |
| Comptroller of Maryland<br>Revenue Admins Division<br>Annapolis, MD 21411-0001 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Department Stores National Bank/Macy's<br>Nco Financial Systems, Inc.<br>PO Box 4275<br>Norcross, GA 30091-4275 |
| Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Goodyearcbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| HSBC<br>PO Box 37282<br>Baltimore, MD 21297-3282 | Hsbc/Boscv<br>Po Box 4274<br>Reading, PA 19606-0674 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| IRS<br>PO Box 219690<br>Kansas City, MO 64121-9690 | Mariner Finance LLC<br>3301 Boston Street Ste 201<br>Baltimore, MD 21224-4979 | Marinerfin<br>7682 Belair Rd<br>Baltimore, MD 21236-4088 |
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 | Us Dep Ed<br>Po Box 5609<br>Greenville, TX 75403-5609 |
| Us Dept Of Education<br>Po Box 5609<br>Greenville, TX 75403-5609 | Wells Fargo Financial Maryland, Inc.<br>4137 121st Street<br>Urbandale, IA 50323-2310 | Wffinance<br>800 Walnut St<br>Des Moines, IA 50309-3504 |
| Worchester County Solicitor<br>Room 112 Courthouse<br>One West Market Street<br>Snow Hill, MD 21863-1188 | Gerard R. Vetter<br>100 S. Charles Street, Suite 501<br>Tower II<br>Baltimore, MD 21201-2721 | Jeffrey M. Sirody<br>Sirody, Freiman & Feldman<br>1777 Reisterstown  Road<br>Suite 360 E<br>Baltimore, MD 21208-1306 |
| Sheila Hoppa<br>20 White Crane Drive<br>Berlin, MD 21811-9638 | | |